IN THE CIRCUIT COURT OF THE SEVENTH
JUDICIAL CIRCUIT, IN AND FOR VOLUSIA
COUNTY, FLORIDA

CASE NO: 2007-10810-CIDL

WOLFE BROTHERS FACE ART AND FX., LLC,
a Florida Limited Liability Company,

 Plaintiff,

-vs-

UTOPIA INDUSTRIES, INC, a California corporation &
KELLIE CAMERON, individually
 Defendants.

_____/

## COMPLAINT DECLARATORY RELIEF

COMES NOW the Plaintiff, Wolfe Brothers, by and through counsel undersigned, and would hereby file this claim against Utopia Industries, Inc, and Kellie Cameron (hereinafter Cameron), and in support thereof would state:

1. This is a cause of action for in excess of $15,000, but for less than 75,000.00 and is within the jurisdiction of this Court.

2. Plaintiff is a Florida Corporation with a mailing address of 915 Doyle Road 303, suite 107, Deltona Florida. Defendant Utopia is a California corporation selling products throughout the States, including Florida, and Cameron is a California resident.

3. Kellie Cameron has written a letter to Plaintiff, a copy of which is attached as exhibit A, claiming that either she or Utopia are entitled to compensation from Plaintiff based upon certain agreements described by her in the letter. It is believed none of the agreements are in writing.

4. Plaintiff was not in existence at the time the alleged agreements were supposedly entered into, but still has been requested to pay certain sums to Cameron and/or Utopia, as referenced by a collections letter, attached as exhibit B.

5. Plaintiff is in doubt as to its rights, and obligations, if any, under any alleged agreement, and seeks a declaratory judgment stating that it has no relationship with Defendants, and that any agreement, if any existed, was between the Defendants and a company known as Da-Dan, or some other similar name, as referenced in Exhibit A.

6. Pursuant to Florida's Declaratory Judgment act, this Court has jurisdiction over this matter, as negotiations concerning any portion of any agreement would have occurred in whole or in part in Florida, Defendant Cameron has traveled to Volusia County on at least one occasion to discuss any alleged agreement in both her individual capacity, and as a corporate representative of Utopia.

Wherefor Plaintiff would seek relief in the form of a Judgment declaring that it has no liability to either Defendant, and that it was not a party to any agreement with either Defendant, court cost, and any other relief to which it may be entitled.

LANDIS GRAHAM FRENCH, P.A.

BY: _____
ARTHUR GRAHAM, ESQ.
Florida Bar No: 0709141
444 Seabreeze Blvd., Suite 1001
Daytona Beach, Florida 32114
Telephone: 386-252-4717
Facsimile: 386-253-7352
Attorney for Plaintiff

February 23, 2007



Dear Dan,

The following is my response to the letter from Stephen J. Taormina, CEO of Wolfe Brothers Face Art and FX. Each bullet point answers his bullet points in the same order. I have also included a timeline and the documentation used to create the document. All of his points are completely false and would take a 100 page document to explain them, thus the timeline and documents.

- I did not have an employment contract as I had an agreement to merge my company with Wolfe Brothers Face Art and FX with the then President David Phelps. I agreed to give up 90% of Utopia for 10% of the parent company then named Da-Dan LLC/Wolfe Brothers Face Art & FX LLC. I was to receive a salary in the amount of $5600.00 per month and all of Utopia's expenses/bills were to be paid by Da-Dan LLC/Wolfe Brothers Face Art & FX LLC. David Phelps was to inform Douglas Drake of his decision to name me as VP of Finance/Operations in June/July 2004. He did complete this task. See Timeline and documentation starting June 23, 2004 through May 2005.
- On March 19, 2002 I met with an attorney by the name of Arthur Freilich of Freilich, Hornbaker, and Rosen to discuss having his firm do a search for a patent and review claims for a 3D adhesive sticker or similar product. He found no patent or claims or pending patents in the US EP PCT database or in The European equivalent. I paid him $640.00 for his services. See timeline and documentation March 19, 2002. Therefore, I begun my endeavor to develop Utopia Industries, Inc. line of stickers. I also have the photos of the actual butterflies used to make the stickers, the receipts for payment to the artist and the printer and the packaging company that developed my product. I have the right to sell a product I paid to create and produce. See timeline and documentation starting May 30, 2002 through November 11, 2002.
- Sheila Keller, a patent owner for pop up stickers, contacted me on March 21, 2005 via a phone call. She then back-up the call with an email dated, March 21, 2005. Douglas Drake, David Phelps and I then tried to get Ms. Keller to join our

601 GLADE DRIVE ♦ SANTA PAULA, CA 93060 ♦ TEL 805.525.5307 ♦ FAX 805.525.6362

organization. After three months of negotiating with Ms. Keller and reviewing the status of my situation with Wolfe/Da-Don I decided it was in my best interest to leave the company and begin a new endeavor with Ms. Keller and her company It'z A Wrap, LLC. See timeline and documentation starting March 21, 2005 through June 14, 2005.

- I have no idea what he is talking about. I have 6 packages of butterfly stickers, 12 scrapbook paper designs, and 6 packages of stationery that I designed, developed and paid for out of my business. I also have a product that has 40 different butterfly stickers on one large sheet that is meant to sell as individual stickers, packages of 5 up or 8 rolls of stickers. This product was developed because Mr. Phelps told me and my product consultant, Arline Lowenthal that he could get them sold into Chucky Cheese and as an item in vending machines. See timeline starting with our decision to work together with him selling my products and sharing expenses for the HIA show, now CHA on November 26, 2003 through June 22, 2004.
- On the contrary, I had already shared with Mr. Phelps my P&L when he was in my home in July 2004. I asked him for their information, which I never received because they hadn't even filed a return. See timeline and documentation dated June 23, 2004.
- The reason for me to begin working with Mr. Phelps in December 2003 was because he had told me that he had a network of people to help me do sales. My Dad's wife had become ill with breast cancer and my father had to leave my company as Sales Manager to find a full time paying job. I could only pay commission. This is the reason for him receiving my customer list, emails from Herr's Distributors, and other sales leads in December and January. The entire organization knew that I needed sales and shipping support and they needed financial and organizational help. See timeline and documentation starting December 28, 2003 through June 22, 2004.
- I don't know how Mr. Taormina can make this statement. He obviously did not consult with David Phelps, Douglas Drake, Justin Day, Kurt Drake, April Powell, Nick Wolfe or Brian Wolfe, or Tom Weiss and Joseph Conte of Elite 1 Trading. See timeline and documentation starting July 27, 2004 through June 14, 2005.

Had they actually gotten sales for Utopia with their so-called efforts and resources, I wouldn't have left the company and they would have shared in the revenues, 90% going to the parent company. They actually might have gotten the made up number of $69,000.00.

The schedule of presumed costs he is talking about must be the ledge from my accounting software that lists who was paid and when for all of Utopia's bills that were supposed to be paid. If needed I can produce all of the invoices/statements and payment stubs/receipts for every single item listed in the ledger. I included this in my package to you as an attachment to their final invoice. The other expenses owed to me would never have been paid by me if we were not in business together. For example, I was asked to use Utopia's FEDEX account number to receive Wolfe Brother's product. I was told it would be around $250.00 and it was over $2000.00 plus another shipment of another over $250.00. This is partially paid. Please see timeline and documentation starting December 28, 2005.

601 GLADE DRIVE • SANTA PAULA, CA 93060 • TEL 805.525.5307 • FAX 805.525.5382

I also paid my accountant that straightened out their books for all of 2004 even though I wasn't a part of the company until July 2004. This bill was for $2590.00. I would not pay for someone else's books to be set up if I was not in business with them or didn't expect to be paid back. See timeline and documentation starting August 22, 2004.

I also purchased bar codes for new Wolfe product and allowed them to continue to use my bar code login in to purchase additional bar codes after June 14, 2005. See timeline and documentation dated February 24, 2005 through July 7, 2005 for UPC 856408000".

Lastly, I continued to work with Douglas Drake and April Powell to make the transition from me to them for the accounting. See timeline and documentation starting, July 20, 2005 to December 01, 2005.

I also have a majority of their hard copies of invoices and documents that we were to go through and clarify so that I could help them complete the set up of all of their books.

Finally, I have all of my emails and hard copies of all invoices, payment receipts etc. from January 2002 until the present day. If you need more documentation then I have provided in my letter and timeline, please contact me at anytime.

Sincerely,


Kellie Cameron
President

enc

601 GLADE DRIVE ♦ SANTA PAULA, CA 93060 ♦ TEL 805.525.5307 ♦ FAX 805.525.5362

**CSI**

P O Box 9925
Rapid City SD 57709-9925
605-716-3711 fax
www.csicollect.com

February 26, 200[?]

407/895-9970



Continental Services Incorporated

Commercial Collections Since 1925
California Association of Collectors Assoc - Past President
International Association of Commercial Collectors Inc
Treasury Management Assn

Steve Taormina                    (07033868)
Wolfe Brothers Face Art & FX
424 E Central Blvd Suite 310
Orlando FL 32801

RE:   Utopia Industries Inc
Balance: $104549.16 US Dollars
Acct #:  WOLFE BROTHERS
CSI #:   07033868

We are attaching a copy of Kellie Cameron's response to
your letter. She feels very strongly about the validity
of her claim and is instructing us to proceed with collection.

Please review and advise.

Sincerely,

Dan E Hill, Collections
CSI
760-754-2751 / 800-437-4274
dhill@csicollect.com
760-754-9587 / 800-297-3880          TOLL FREE

                                     Fax

Exhibit B