**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WOLFE BROTHERS FACE ART AND FX, LLC,**

        **Plaintiff,**

**-vs-**                                               **Case No. 6:07-cv-1013-Orl-28KRS**

**UTOPIA INDUSTRIES, INC., and KELLIE CAMERON,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **AGREED MOTION FOR EXTENSION OF TIME AND WITHDRAWAL OF COUNSEL (Doc. No. 16)**
>
> **FILED:**    July 6, 2007
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** without prejudice in part.

Pursuant to Middle District of Florida Local Rule 2.03(e), a corporation can only appear and be heard through counsel of record who is a member of the bar of this Court. Accordingly, Arthur Graham, Esq., may not withdraw may not withdraw as counsel for Plaintiff Wolfe Brothers Face Art and FX LLC (FX) unless and until substitute counsel enters an appearance on its behalf.

It is **ORDERED** that FX shall have until July 31, 2007, to answer or otherwise respond to the counterclaim filed by Defendants Utopia Industries Inc. and Kellie Cameron, doc. no. 10. No other

deadlines in this case are extended by this Order, and the parties shall not rely on this extension as support for a motion to extend any other deadlines in this case.

Attorney Graham is directed to cause a copy of this Order to be served on Wolfe Brothers Face Art and FX, LLC.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties